JS-6

Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
**DONIGER LAW FIRM APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOHLS DEPARTMENT STORES, INC., a Delaware Corporation, AT LAST SPORTSWEAR, INC., a New Jersey Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:  CV 08-03236 PA (JWJ)<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>NOTE: CHANGES MADE BY THE COURT |

   Upon review of the Stipulation for Dismissal submitted by the Parties and good cause appearing,

   **IT IS HEREBY ORDERED** that:

   1.   This action is dismissed *with prejudice*;

   2.   ~~The resolution expressly set forth in the confidential settlement agreement entered into by and between Plaintiff and Defendant Kohls Department~~

1 – STIPULATION FOR DISMISSAL

1  ~~Stores, Inc., with Defendant KOHLS acknowledging that the dismissal is strictly~~
2  ~~contingent upon the terms of, and representations made, in that agreement; and~~
3
4      3.   Each party is to bear its own costs and legal fees.
5  SO ORDERED:
6
7  Dated: March 20, 2009    By: _____
8                                UNITED STATES DISTRICT COURT
                                  HONORABLE PERCY ANDERSON

2 – STIPULATION FOR DISMISSAL